NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Hogan Ganschow

Zhen Law FIrm

5670 Wilshire Blvd, Suite 1800, Los Angeles, CA 90036

Los Angeles, CA  90036

(805) 664-1222

CLEAR FORM

ATTORNEY(S) FOR:   Plaintiff Wesley Humpston

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Wesley Humpston <br><br> Plaintiff(s), <br><br> v. <br><br> Thomas Black; Anthony Hawk; The Berrics, LLC <br><br> Defendant(s) | CASE NUMBER: <br><br> 2:20-cv-10018-KS <br><br> **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** <br> **(Local Rule 7.1-1)** |

TO:      THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for                              Plaintiff Wesley Humpston
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Wesley Humpston | Plaintiff |
| Thomas Black | Defendant |
| Anthony Hawk | Defendant |
| The Berrics, LLC | Defendant |

| | |
|---|---|
| 11/10/2020 | /s/ Hogan Ganschow |
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Plaintiff Wesley Humpston

CV-30 (05/13)                                   **NOTICE OF INTERESTED PARTIES**