1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| 11  WESLEY HUMPSTON,                     | CASE NO. 2:20-CV-10018-AB-KSx |
| 12           Plaintiff,                  | [Proposed] **ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT (Defendant Anthony Hawk) BY NOT MORE THAN 30 DAYS (L.R. 8-3)** |
| 13           v.                          | |
| 14  THOMAS BLACK; ANTHONY HAWK; THE BERRIC, LLC; DOES 1-10 inclusive, | |
| 15  | **Complaint served:** Service waived on December 16, 2020 |
| 16           Defendants. _____ | **Current response date:** February 8, 2021 |
| 17  | **New response date:** March 10, 2021 |
| 18  | (Proposed ORDER filed separately) |

The Court having considered the Stipulation to Extend Time to Respond to Complaint (Defendant Anython Hawk) By Not More Than 30 Days,

**GOOD CAUSE BEING FOUND, IT IS SO ORDERED**.

DATED: February __, 2021                    _____
                                            Stanley Blumenfeld, Jr.
                                            United States District Judge

ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT