AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | | |
|---|---|---|
| Wesley Humpston | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  2:20-cv-10038-AB-KSx |
| Thomas Black, Anthony Hawk, The Berrics, LLC | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The Berrics, LLC                                                                                                                    .

Date:   02/09/2021

/s/Lawrence Hadley
*Attorney's signature*

Lawrence M. Hadley - 157728
*Printed name and bar number*

Glaser Weil, LLP
10250 Constellation Boulevard, Suite 1900
Los Angeles, CA 90067

*Address*

lhadley@glaserweil.com
*E-mail address*

(310) 553-3000
*Telephone number*

(310) 556-2920
*FAX number*