UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| WESLEY HUMPSTON,<br><br>    Plaintiff,<br><br>v.<br><br>THOMAS BLACK, ANTHONY HAWK, THE BERRICS, LLC, DOES 1-10 inclusive,<br><br>    Defendants. | CASE NO.: 2:20-cv-10018-AB-KSx<br><br>**[PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>**COMPLAINT SERVED: SERVICE WAIVED ON JANUARY 20, 2021<br>CURRENT RESPONSE DATE: FEBRUARY 10, 2021<br>NEW RESPONSE DATE: MARCH 12, 2021** |

The Court having considered the Stipulation to Extend Time to Respond to the Second Amended Complaint, Defendant The Berrics, LLC's time to respond shall be extended to March 12, 2021.

**GOOD CAUSE BEING FOUND, IT IS SO ORDERED.**

DATED: February __, 2021

                                                                                                                                                                                                                        _____

                                                                                                                                                                                                                        Hon. Andre Birotte Jr.<br>                                                                                                                               United States District Judge