Chris Zhen, SBN 275575
chris.zhen@zhenlawfirm.com
Hogan Ganschow, SBN 256137
hogan.ganschow@zhenlawfirm.com
Zhen Law Firm
5670 Wilshire Blvd., Suite 1800
Los Angeles, CA 90036
Ph/Fax: (805) 664-1222

*Attorneys for Plaintiff Wesley Humpston*

John R. Sommer, SBN 106355
John R. Sommer, Attorney-At-Law
SommerJohnR@gmail.com
17426 Daimler St.
Irvine, CA 92614
Ph: (949) 752-5344
Fax: (949) 752-5439

*Attorney for Defendant Anthony Hawk*

Michael J. Plonsker, SBN 101235
MPlonsker@plonskerlaw.com
Rex Glensy, SBN 198909
RGlensy@plonskerlaw.com
Plonsker Law, LLP
100 Wilshire Blvd., Suite 700
Santa Monica, CA 90401
Ph: (310) 861-2050
Fax: (310) 496-2577

*Attorneys for Defendant Thomas Black*

Lawrence M. Hadley, SBN 157728
lhadley@glaserweil.com
Glaser Weil Fink Howard Avchen & Shapiro LLP
10250 Constellation Blvd., 19th Floor
Los Angeles, CA 90067
Ph: (310) 553-3000
Fax: (310) 556-2920

*Attorneys for Defendant The Berrics, LLC*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESLEY HUMPSTON,<br><br>    Plaintiff,<br><br>vs.<br><br>THOMAS BLACK; ANTHONY HAWK; THE BERRICS, LLC; DOES 1-10,<br><br>    Defendants | Case No.: 2:20-cv-10018<br><br>STIPULATION TO PROCEED ON THE SECOND AMENDED COMPLAINT FILED BY PLAINTIFF ON NOVEMBER 12, 2020 |

## STIPULATION

Plaintiff Wesley Humpston ("Plaintiff"), and Defendants, Thomas "Jack" Black, Anthony "Tony" Hawk, and The Berrics LLC ("Defendants"), through their respective counsel, enter into this Joint Stipulation based on the following facts:

WHEREAS Plaintiff, through his counsel, filed a Complaint in the above-captioned matter on November 2, 2020;

WHEREAS Plaintiff, through his counsel, filed a First Amended Complaint in the above-captioned matter on November 10, 2020;

WHEREAS Plaintiff, through his counsel, filed a Second Amended Complaint ("SAC") in the above-captioned matter on November 12, 2020 without first seeking the opposing party's written consent or judicial leave as required under Federal Rules of Civil Procedure §15(a)(2) for amended complaints beyond the First Amended Complaint;

WHEREAS Plaintiff's noncompliance with FRCP 15's provisions on seeking written consent or judicial leave prior to filing the SAC was due to innocent oversight;

WHEREAS the sole reason for the Plaintiff's filing of SAC was to correct a signature error on the First Amended Complaint and the SAC included no substantive changes to the body of the complaint or the assertions made therein;

WHEREAS Plaintiff has stipulated to 30-day extensions for all Defendants to file responsive pleadings in the above-captioned matter and no defendant has yet filed their responsive pleadings;

WHEREAS Plaintiff is seeking to proactively cure their FRCP §15 noncompliance upon learning of the issue;

WHEREAS Plaintiff and Defendants met and conferred regarding the SAC in order to avoid unnecessary motion practice;

WHEREAS Plaintiff and Defendants agreed to proceed on the SAC;

It is hereby stipulated, subject to Court approval as follows:

Defendants will proceed on the Second Amended Complaint filed on November 12, 2020, and served on Defendants respectively. Defendants waive objection to the filing of the Second Amended Complaint based on Plaintiff's FRCP §15 noncompliance, but waive no other objection. All other deadlines, stipulations, and orders remain unaffected by this stipulation.

DATED: February 16, 2021                ZHEN LAW FIRM

                                        By: /s/ Hogan Ganschow
                                            Hogan Ganschow
                                            Chris Zhen
                                            Attorneys for Plaintiff

DATED: February 16, 2021                PLONSKER LAW LLP

                                        By: 
                                            Michael J. Plonsker
                                            Rex Glensy
                                            Attorneys for Defendant, Thomas Black

DATED: February 6, 2021                 JOHN R. SOMMER, ATTORNEY AT LAW

                                        By: 
                                            John R. Sommer
                                            Attorney for Defendant, Anthony Hawk

DATED: February 17, 2021                GLASSER WEIL, LLP

                                        By: /s/ Lawrence Hadley
                                            Lawrence Hadley
                                            Attorney for Defendant, The Berrics, LLC

-3-