# [PROPOSED] ORDER

GOOD CAUSE APPEARING, the Court hereby approves this Stipulation.

The court accepts the Second Amended Complaint as filed by Plaintiff on November 12, 2020 and served on Defendants. All current deadlines remain in effect.

Dated: _____

By: _____
The Honorable Andre Birotte, Jr.
United States Magistrate Judge
Central District of California