| | |
|---|---|
| Chris Zhen, SBN 275575<br>chris.zhen@zhenlawfirm.com<br>Hogan Ganschow, SBN 256137<br>hogan.ganschow@zhenlawfirm.com<br>Zhen Law Firm<br>5670 Wilshire Blvd., Suite 1800<br>Los Angeles, CA 90036<br>Ph/Fax: (805) 664-1222<br><br>*Attorneys for Plaintiff Wesley Humpston* | Lawrence M. Hadley, SBN 157728<br>lhadley@glaserweil.com<br>Glaser Weil Fink Howard Avchen &<br>Shapiro LLP<br>10250 Constellation Blvd., 19th Floor<br>Los Angeles, CA 90067<br>Ph: (310) 553-3000<br>Fax: (310) 556-2920<br><br>*Attorneys for Defendant The Berrics, LLC* |

Karin G. Pagnanelli, SBN 174763
kgp@msk.com
Mitchell Silberberg & Knupp LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067
Ph: (310) 312-3746

*Attorney for Defendants Thomas Black and Anthony Hawk*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESLEY HUMPSTON,<br><br>      Plaintiff,<br><br>vs.<br><br>THOMAS BLACK; ANTHONY HAWK; THE BERRICS, LLC; DOES 1-10,<br><br>      Defendants | Case No.: 2:20-cv-10018-AB (SKx)<br><br>STIPULATION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT |

## **STIPULATION**

Plaintiff Wesley Humpston ("Plaintiff"), and Defendants, Thomas "Jack" Black,

Anthony "Tony" Hawk, and The Berrics LLC ("Defendants"), through their respective counsel, enter into this Joint Stipulation based on the following facts:

WHEREAS Plaintiff, through his counsel, filed a Second Amended Complaint ("SAC") in the above-captioned matter on November 12, 2020, which included the state causes of action of Unjust Enrichment and Unfair Competition;

WHEREAS Plaintiff's attorney, Hogan Ganschow, having met and conferred with Karin Pagnanelli, attorney for Defendants Thomas Black and Anthony Hawk, is persuaded that the state causes of action in this matter are pre-empted by the Federal Copyright Infringement cause of action;

WHEREAS Plaintiff seeks to proactively withdraw the state causes of action in order to avoid unnecessary motion practice;

WHEREAS Plaintiff offers to withdraw the state causes of action by way of the filing of a Third Amended Complaint that is in all ways substantively identical to the SAC but for the withdrawal of the state causes of action;

WHEREAS Plaintiff's attorney conveyed to Ms. Pagnanelli his intention to file a Third Amended Complaint prior to the response due date of March 24, 2021;

WHEREAS Plaintiff seeks to comply with the provisions of FRCP 15(a)(2) by seeking the written consent of Defendants for the filing of the Third Amended Complaint;

//
//
//
//
//
//
//
//

13001792.1                                    -2-

It is hereby stipulated between and among counsel, subject to Court approval, that Plaintiff will file and serve the Defendants with the Third Amended Complaint by no later than March 24, 2021, thereby relieving Defendants of their obligation to respond to the Second Amended Complaint.

DATED: March 23, 2021            ZHEN LAW FIRM


                                 By:    /s/ Hogan Ganschow
                                     Hogan Ganschow
                                     Chris Zhen
                                     Attorneys for Plaintiff


DATED: March 23, 2021            MITCHELL SILBERBERG & KNUPP LLP


                                 By:    /s/ Karin Pagnanelli
                                     Karin Pagnanelli
                                     Attorneys for Defendants, Thomas Black and
                                     Anthony Hawk


DATED: March 23, 2021            GLASSER WEIL, LLP


                                 By:    /s/ Lawrence Hadley
                                     Lawrence Hadley
                                     Attorney for Defendant, The Berrics, LLC