## [PROPOSED] ORDER

GOOD CAUSE APPEARING, the Court hereby approves the request in the Stipulation to File a Third Amended Complaint.

The Court HEREBY grants leave for Plaintiff to file a Third Amended Complaint by no later than March 24, 2021. Defendants are not required to respond to the Second Amended Complaint.

Dated: _____

By: _____
The Honorable Andre Birotte, Jr.
United States District Judge
Central District of California