| | |
|---|---|
| Chris Zhen, SBN 275575<br>chris.zhen@zhenlawfirm.com<br>Hogan Ganschow, SBN 256137<br>hogan.ganschow@zhenlawfirm.com<br>Zhen Law Firm<br>5670 Wilshire Blvd., Suite 1800<br>Los Angeles, CA 90036<br>Ph/Fax: (805) 664-1222<br>*Attorneys for Plaintiff Wesley Humpston* | Lawrence M. Hadley, SBN 157728<br>lhadley@glaserweil.com<br>Glaser Weil Fink Howard Avchen & Shapiro LLP<br>10250 Constellation Blvd., 19th Floor<br>Los Angeles, CA 90067<br>Ph: (310) 553-3000<br>Fax: (310) 556-2920<br>*Attorneys for Defendant The Berrics, LLC* |

Karin G. Pagnanelli, SBN 174763
kgp@msk.com
Mitchell Silberberg & Knupp LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067
Ph: (310) 312-3746
*Attorneys for Defendants*
*Jack Black and Tony Hawk*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| WESLEY HUMPSTON,<br><br>    Plaintiff,<br><br>vs.<br><br>THOMAS BLACK; ANTHONY HAWK; THE BERRICS, LLC; DOES 1-10,<br><br>    Defendants | Case No.: 2:20-cv-10018-AB (SKx)<br><br>NOTICE OF PLAINTFF'S INTENT TO DISMISS AND STIPULATION TO TAKE SCHEDULING CONFERENCE OFF CALENDAR |

-1-

The Parties jointly report that Plaintiff intends to dismiss the case. As such, The Parties request The Court take the August 13, 2021 scheduling conference off calendar.

DATED: August 10, 2021         ZHEN LAW FIRM

                               By: */s/ Hogan Ganschow*
                                   Hogan Ganschow
                                   Attorneys for Plaintiff

DATED: August 10, 2021         MITCHELL SILBERBERG & KNUPP LLP

                               By: */s/ Karin Pagnanelli* (with express permission)
                                   Karin Pagnanelli
                                   Attorney for Defendants
                                   Jack Black and Tony Hawk

DATED: August 10, 2021         GLASER WEIL FINK HOWARD AVCHEN & SHAPIRO LLP

                               By: */s/ Lawrence Hadley* (with express permission)
                                   Lawrence Hadley
                                   Attorney for Defendant
                                   The Berrics, LLC