IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| WESLEY HUMPSTON,<br><br>    Plaintiff,<br><br>vs.<br><br>THOMAS BLACK; ANTHONY HAWK; THE BERRICS, LLC; DOES 1-10,<br><br>    Defendants | Case No.: 2:20-cv-10018-AB (SKx)<br><br>[PROPOSED] ORDER APPROVING VOLUNTARY DISMISSAL WITH PREJUDICE |

**[PROPOSED] ORDER**

The Court hereby approves the NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE, and The Court hereby DISMISSES the above captioned case with prejudice.

Dated: _____

By: _____
The Honorable Andre Birotte, Jr.
United States District Judge
Central District of California